UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

ROBERT CANDY, ET AL.

                                    CASE NO. 1:18-cv-02335-PX

v.

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC., ET AL.

_____

**MOTION TO EXTEND TIME FOR SERVICE OF PROCESS**

      Now Come the Plaintiffs, and hereby file this Motion to Extend Time for Service of Process, and state:

      1.      The undersigned admits to having been unaware of the change to Federal Rule 4(m), that took effect in December, 2015, shortening the time for service from 120 days to 90 days.

      2.      Federal Rule of Civil Procedure 4(m) gives this Court discretion to either dismiss the action without prejudice or extend time for service, with or without a showing of good cause for non-service. Local Rule 8.a does not seem to contemplate that such a dismissal would be upon a defendant's motion, but instead, upon a show cause order issued by the Court. In either event, that Rule also provides that such a dismissal would be without prejudice.

      3.      The statute of limitations does not seem to create any prejudice to either party in this case, and if the action were dismissed, the Plaintiff could re-file without

1

the claim being time-barred.  The only substantial difference would be the need to pay another filing fee, and a further delay in effecting service and in this case proceeding.

4.	It is expected that the defendants in this case will not cooperate in a waiver of service, since they are well aware of the suit having been filed, their counsel has refused to accept service, and they have filed the instant motion rather than answering the complaint voluntarily. The Defendant PETA is also challenging service in the separate state law tort case that this court remanded to the Circuit Court of Allegany County.

5.	Despite this apparently unwillingness of the Defendants to accept service, the Plaintiff does still want to give the Defendants the opportunity to waive service through formal request as provided in the Rules, and for that purpose, and for the purpose of effecting service afterward if the Defendants should refuse, the Plaintiffs request that the time for service in this case be extended to February 15, 2018, or to a date 90 days from the date of entry of an Order by this Court directed to the matter.

7.	The Plaintiffs have submitted new proposed Summonses but they have not been issued by the Clerk.

8.	A proposed Order is attached.

WHEREFORE, the Plaintiffs pray:

A.	That this Court extend the time for service until a date 90 days from the date of entry of the Court's Order; or,

  B. In the alternative, if the Court does dismiss this action, that the Court's order specifically note that the dismissal is without prejudice, in accordance with Federal Rule of Civil Procedure 4(m) and Local Rule 8.a.

    Respectfully Submitted,


    _____s/Nevin L. Young_____
    NEVIN L. YOUNG, Fed. Bar. ID No. 28604
    170 West Street
    Annapolis, Maryland 21401
    (t) 410-353-9210
    (f) 410-510-1208
    nyoung@burlingtonyounglaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November, a copy of the foregoing was served via the ECF system and mailed, first class, postage paid, to:

Conor O'Croinin, Esq.
100 East Pratt Street
Suite 2440
Baltimore, Maryland 21202


    _____s/Nevin L. Young_____
    NEVIN L. YOUNG, Fed. Bar. ID No. 28604