UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

ROBERT CANDY, ET AL.

              CASE NO. 1:18-cv-02335-PX

v.

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC., ET AL.

_____

**ORDER**

  The Motion to Extend Time for Service of Process having been considered, it is this _____ day of _____, 2018, hereby ORDERED:

  That time for service of process in this case shall be extended until 90 days from the date of entry of this Order.

              _____
              Judge, US District Court of Maryland